IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Daniel B. Sparr

Civil Action No.  06-cv-02084-DBS
Criminal Action No. 99-cr-00207-DBS

UNITED STATES OF AMERICA,

    v.

THOMAS R. LAWRENCE,

    Movant.

---

## ORDER

---

After preliminary consideration of Movant's motion to vacate, set aside or correct the sentence imposed by this Court, it is now

ORDERED that the United States Attorney on or before December 15, 2006, shall file an answer or other pleading directed to the motion pursuant to Rule 4 of the Rules Governing Section 2255 Proceedings.

Dated: November 9, 2006

                                            BY THE COURT:

                                            s/ Daniel B. Sparr

                                            _____

                                            Daniel B. Sparr
                                            Senior United States District Judge