**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-02084-REB
Criminal Action No. 99-cr-00207-REB

UNITED STATES OF AMERICA,

v.

THOMAS R. LAWRENCE,

    Movant.

## ORDER

**Blackburn, J.**

    After preliminary consideration of movant's motion to vacate, set aside, or correct the sentence imposed by this court, it is now

    ORDERED that on or before **January 27, 2007**, the United States Attorney shall file an answer to the motion pursuant to Rule 4 of the Rules Governing Section 2255 Proceedings.

    Dated November 27, 2006, at Denver, Colorado.

                                              **BY THE COURT:**

                                              **s/ Robert E. Blackburn**
                                              **Robert E. Blackburn
                                              United States District Judge**