IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 99–cr–00207–REB–KMT

UNITED STATES OF AMERICA,

      Plaintiff,

v.

THOMAS R. LAWRENCE,

      Defendant/Movant.

---

## ORDER OF RECUSAL

Pursuant to 28 U.S.C. §455(b)(1), a Magistrate Judge shall disqualify herself where she has a personal bias or prejudice concerning a party, or personal knowledge of disputed evidentiary facts concerning the proceeding.  Mr. Lawrence has filed a Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody.  (Doc. No. 403.)  I was the Assistant United States Attorney who prosecuted Mr. Lawrence's criminal action.  As such, I have both a bias concerning this motion and personal knowledge of disputed evidentiary facts concerning the proceeding.  Consequently, in an effort to serve the ends of justice and to avoid any appearance of impropriety, I hereby recuse myself from service in this matter.  I direct the Clerk of the Court to cause this matter to be reassigned by random draw to another Magistrate Judge.

Dated this 9th day of September, 2008

BY THE COURT:

Kathleen M. Tafoya
United States Magistrate Judge