IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Action No. 99-cr-00207-REB
(Civil Case No. 06-cv-02084-REB-BNB)

UNITED STATES OF AMERICA,

    Plaintiff,

v.

THOMAS R. LAWRENCE,

    Defendant, Movant.

## ORDER WITHDRAWING REFERENCE

**Blackburn, J.**

    This matter is before me *sua sponte*. This case was referred to the magistrate judge effective September 9, 2008. *See* [#444]. On February 2, 2010, I inquired of the magistrate judge about the status of these proceedings. Nearly one month later on March 1, 2010, the magistrate judge informed me that a recommendation would not be issued prior to March 31, 2010. Finding this delay and the nature and the timing of the concomitant explanation to be unacceptable, I enter this order withdrawing the extant reference to the magistrate judge to facilitate my expedited disposition of the case.

    **THEREFORE, IT IS ORDERED** that the extant reference to the magistrate judge is **WITHDRAWN**.

    Dated March 30, 2010, at Denver, Colorado.

                                                           **BY THE COURT:**

                                                         */s/ Robert E. Blackburn*
                                                         Robert E. Blackburn
                                                         United States District Judge