# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Action No. 99-cr-00207-REB
(Civil Case No. 06-cv-02084-REB-BNB)

UNITED STATES OF AMERICA,

    Plaintiff,

v.

THOMAS R. LAWRENCE,

    Defendant, Movant.

## ORDER RESOLVING PENDING MOTIONS

**Blackburn, J.**

This matter is before me on the numerous motions listed below. Having reviewed the motions, the voluminous record in this case, and the relevant responses, I resolve the motions as stated below.

**THEREFORE, IT IS ORDERED** as follows:

1. That the defendant's **Motion for Judicial Statement or Recommendation** [#400][1] filed July 3, 2006, is **DENIED**;

2. That the defendant's **Motion for Modification of the Schedule of Payments for Special Assessment, 18 U.S.C. § 3013(b), Pursuant to 18 U.S.C. § 3572(d)(1)** [#401] filed August 7, 2006, is **DENIED**;

---

[1] "[#400]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

3. That the defendant's **Motion for a Briefing Schedule** [#402] filed October 16, 2006, is **DENIED** as moot, because briefing has been completed in this case;

4. That the defendant's **Motion for Petitioner-Plaintiff** (sic) **To Be Allowed To File A Reply To the Government's Answer To § 2255 Petition** [#404] filed October 16, 2006, is **GRANTED**, and the defendant's reply [#440] filed September 12, 2007, is **ACCEPTED** for filing;

5. That the defendant's **Motion for this Court To Order the Production of Documents By Subpoena Duces Tecum, and Motion for this Court To Sign Subpoenas for Witnesses for an Evidentiary Hearing** [#405] filed October 16, 2006, is **DENIED**;

6. That the defendant's **Motion for a 60 Day Briefing Schedule Due Date for Petitioner** [#407] filed October 23, 2006, is **DENIED** as moot, because briefing has been completed in this case;

7. That the defendant's **Motion for Leave To Amend Motion Under 28 U.S.C. § 2255 To Vacate, Set Aside, or Correct Sentence** [#411] filed November 30, 2006, is **GRANTED**, and the amendment stated in the defendant's memorandum brief [#412] filed November 30, 2006, is **ACCEPTED** as an amendment to the defendant's § 2255 motion;

8. That the defendant's **Motion for a 30-Day Extension of Time for Petitioner To File a Memorandum of Law in Support of Petitioner's Motion under 28 U.S.C. § 2255 To Vacate, Set Aside, or Correct Sentence** [#413] filed November 30, 2006, is **DENIED** as moot, because briefing has been completed in this case;

9.  That the defendant's **Motion for Bond Pending Appeal** [#415] filed November 30, 2006, is **DENIED**;

10.  That the defendant's **Motion for Appointment of Counsel** [#417] filed November 30, 2006, is **DENIED**;

11.  That the defendant's **Motion for an Evidentiary Hearing and Request for an Enlargement of Time** [#419] filed December 6, 2006, is **DENIED**;

12.  That the defendant's **Motion for an Extension of Time for Petitioner To File a Memorandum of Law with Appendices in Support of Petitioner's Motion Under 28 U.S.C. § 2255 To Vacate, Set Aside, or Correct Sentence** [#420] is **DENIED** as moot, because briefing has been completed in this case;

13.  That the defendant's **Motion To Amend Motion Under 28 U.S.C. § 2255 To Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody** [#421] filed January 22, 2007, is **GRANTED**, and the amendments and corrections stated in the motion are **ACCEPTED** as amendments to the defendant's motion for relief under § 2255;

14.  That the defendant's **Motion for Extension of Time in Which To File a Memorandum In Support of Petitioner's Motion under 28 U.S.C. § 2255 and To File a Reply Brief To the Government's Response To Petitioner's Motion Under 28 U.S.C. § 2255 Due To Recent Extraordinary Health Circumstances and Other Extraordinary Factors** [#423] filed February 12, 2007, is **DENIED** as moot, because briefing in support of the defendant's § 2255 motion, including the filing of the defendant's comprehensive reply [#440], has been completed; and

3

15. That the defendant's **Motion for Protective Order** [#425] filed March 12, 2007, is **DENIED**.

Dated March 30, 2010, at Denver, Colorado.

**BY THE COURT:**

/s/ Bob Blackburn
Robert E. Blackburn
United States District Judge